JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RUSSELL,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. CV 20-2471 FMO (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Summary Judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 30th day of September, 2022.

                                                /s/
                                    Fernando M. Olguin
                                  United States District Judge